UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-ASG

UNITED STATES OF AMERICA

vs.

ABRAHAM RYDZ,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant. This dismissal is predicated upon the above-named defendant's death on June 19, 2007. A copy of the death certificate is attached as Exhibit "A".

                                                Respectfully submitted,

                                                R. ALEXANDER ACOSTA
                                                UNITED STATES ATTORNEY

cc:    U.S. Attorney (Juan A. Gonzalez, AUSA)
        Paul Petruzzi, Esquire
        U.S. Marshal
        Chief Probation Officer
        Pretrial Services
        Special Agent Santiago Aquino

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: May 7, 2008

                                                ALAN S. GOLD
                                                UNITED STATES DISTRICT COURT JUDGE

## STATE OF FLORIDA
### OFFICE of VITAL STATISTICS
#### CERTIFIED COPY

**FLORIDA CERTIFICATE OF DEATH**

- **Decedent's Name:** Abraham Rydz
- **Sex:** Male
- **Age:** 73
- **Date of Death:** June 19, 2007
- **Date of Birth:** 1934
- **County of Death:** Miami-Dade
- **Birthplace:** Poland
- **City, Town, or Location of Death:** Miami
- **Marital Status:** Widowed
- **Residence State:** Florida
- **Residence County:** Miami-Dade
- **City/Town:** Miami
- **Zip Code:** 33179
- **Usual Occupation:** Owner
- **Kind of Business/Industry:** Clothing Factory
- **Race:** White
- **Father's Name:** Felix Rydz
- **Mother's Name:** Teresa Mancuta
- **Informant's Name:** Susan Rydz
- **Relationship to Decedent:** Daughter
- **Informant's Mailing State:** Florida
- **Zip Code:** 33179
- **City or Town:** Miami
- **Place of Disposition:** Florida Crematory
- **Location - State:** Florida
- **Location - City or Town:** Miami
- **License Number:** 4673
- **Name of Funeral Facility:** Florida Funeral Home and Crematory
- **Street Address:** 1495 North West 17th Avenue
- **City or Town:** Miami
- **Zip Code:** 33125
- **Date Signed:** June 20, 2007
- **Time of Death:** 13:30
- **Medical Examiner's Case Number:** 07-1-1-01506
- **Certifier's Name:** Emmy O. Lew, M.D.
- **Street Address:** NUMBER ONE ON BOB HOPE ROAD
- **Zip Code:** 33136
- **State:** FLORIDA
- **City:** MIAMI
- **Date Filed by Registrar:** JUN 26 2007
- **Registrar signature date:** 6-25-07
- **Cause of Death - Part I:** Gunshot Wound of Head
- **Manner of Death:** Unknown

EXHIBIT A