UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 04-20159-CR-GOLD

        Plaintiff,

VS.

ABRAHAM RYDZ,

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

      This matter is before the Court pursuant to the following motions: (1) Motion to Intervene, filed by Vivian Rydz, Intervenor [DE 3004] and (2) Motion to Set Aside Forfeiture Consent and Validate Interest in Property with Memorandum of Law, filed by Vivian Rydz, Intervenor [DE 3005]. On March 30, 2010, these motions were referred to Magistrate Judge Chris McAliley [DE 3012]. On December 14, 2010, Magistrate Judge McAliley issued a Report and Recommendation [DE 3039] recommending that the motion to intervene be denied, and the motion to set aside forfeiture be denied as moot. Pursuant to Magistrate Rule 4(a), the parties objections were due by January 3, 2011. A review of the docket sheet in this cause reveals no objections were filed. Accordingly, it is hereby

      **ORDERED AND ADJUDGED** as follows:

    1) I affirm and adopt Magistrate Judge McAliley's Report and Recommendation [DE 3039].

    2) Motion to Intervene, filed by Vivian Rydz, Intervenor [DE 3004] is hereby denied.

    3) Motion to Set Aside Forfeiture Consent and Validate Interest in Property with Memorandum of Law, filed by Vivian Rydz, Intervenor [DE 3005] is hereby denied as moot.

      **DONE AND ORDERED** at Miami, Florida, this   1st   day of February, 2011.

                                                    UNITED STATES DISTRICT JUDGE
                                                    ALAN S. GOLD

cc:    Magistrate Judge Chris McAliley
       AUSA Alison Lehr
       Ronald S. Lowy, Esquire for Intervenor Vivian Rydz